COMMONWEALTH *vs.* CLAUDE A. JAMES. April 28, 1977. Convicted of unlawfully carrying a firearm, the defendant appealed, and we transferred the case here on our own motion. He argues the same issues that were argued in *Commonwealth* v. *Jones, ante,* 403 (1977), and that case governs this one.

*Judgment affirmed.*

*Robert Potters (Dennis J. LaCroix* with him) for the defendant.
*Joseph Coffey,* Assistant District Attorney, for the Commonwealth.